1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Gerardo Hernandez

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | GERARDO HERNANDEZ,                          ) | Case No. 4:22-cv-02224-DMR
12 |                  Plaintiff,                 ) |
13 |       vs.                                   ) | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; ORDER**
14 | MOUFEED K. MOHAMED, individually and        ) |
15 | dba 3 RINGS WINE & SPIRITS, et al.,         ) |
16 |                  Defendants.                ) |
17 |                                             ) |

18
19        Plaintiff, Gerardo Hernandez ("Plaintiff"), and Defendants, Moufeed Kaid Mohamed,
20 individually and dba 3 Rings Wine & Spirits; and Gamela H. Mosleh; Yunes M. Alghurbani
21 and Yosif Mohamed Musid ("Defendants," and together with Plaintiff, "the Parties"), by and
22 through their respective counsel, hereby stipulate as follows:
23        1.    This action arises out of Plaintiff's claims that Defendants denied him full and
24 equal access to their public accommodation on account of his disabilities in violation of Title III
25 of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks
26 injunctive relief under federal and California law, as well as damages under California law.
27 This matter therefore proceeds under this district's General Order 56 which governs ADA
28 access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property within 60 days after service of the complaint (General Order 56, as amended in January 2020), in this instance, on or before August 12, 2022.

3. The Parties were unable to schedule a date and time, before the August 12, 2022 deadline to conduct a joint site inspection due to defense counsel moving to a new office location.

4. Nonetheless, the Parties have agreed to conduct the joint site inspection on September 7, 2022 at 1:00 p.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to September 7, 2022, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: August 15, 2022                    MOORE LAW FIRM, P.C.

                                          */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Gerardo Hernandez

Dated: August 15, 2022                    LAW OFFICES OF MATTHEW J. WEBB

                                          */s/ Matthew J. Webb*
                                          Matthew J. Webb
                                          Attorney for Defendants,
                                          Moufeed Kaid Mohamed, individually and dba 3 Rings Wine & Spirits; and Gamela H. Mosleh; Yunes M. Alghurbani and Yosif Mohamed Musid

///

///

# ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

>	*/s/ Tanya E. Moore*
>	Tanya E. Moore
>	Attorney for Plaintiff,
>	Gerardo Hernandez

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to September 7, 2022, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 8/17/2022

United States Magistrate Judge